| | | |
|---|---|---|
| IN THE MATTER OF | ) | ORDER |
| COLLINS ROGERS | ) | |

No. 85 PC

(Filed 4 August 1980)

THIS matter is before us by virtue of notice of appeal from
the decision of the Court of Appeals recorded in 44 N.C. App. 713,
262 S.E. 2d 312 (1980). The Attorney General has moved to
dismiss the appeal for lack of a substantial constitutional question
which said motion is allowed. Alternatively, Collins Rogers also
petitions our discretionary review of the Court of Appeals' deci-
sion pursuant to G.S. 7A-31. We allow the motion for discre-
tionary review for the limited purpose of entering this final order
in this cause.

Our review of the record reveals that the trial court's order
of 31 August 1978 finding respondent to be mentally ill, imminent-
ly dangerous to himself or others, and in need of further
hospitalization, and committing him to John Umstead Hospital,
was not supported by clear, cogent and convincing evidence as re-
quired by G.S. 122-58.7(i). *In re Hatley*, 291 N.C. 693, 231 S.E. 2d
633 (1977); *In re Salem*, 31 N.C. App. 57, 228 S.E. 2d 649 (1976).

The decision of the Court of Appeals is therefore

Vacated.

That court is directed to remand to the District Court of
Granville County which said court shall enter an order vacating
the commitment order of 31 August 1978.

It is further ordered that this order be printed in the official reports of the decisions of this Court.

Done by the Court in conference, this 15th day of July, 1980.

CARLTON, J.
For the Court